# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CORNELIUS HARRIS,<br>    Plaintiff, | : | Case No. 1:20-cv-769 |
| | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. Bowman |
| RON ERDOS, *et al.*,<br>    Defendants. | : | |
| | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 32); AND
## TERMINATING THIS CASE ON THE COURT'S DOCKET

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge submitted a Report and Recommendation on March 15, 2022, recommending that Defendants' motion for summary judgment be granted, Plaintiff's motion to amend the Complaint be denied without prejudice to refiling new claims in a separate civil action, Plaintiff's remaining motions be denied as moot, and the case be closed on this Court's docket.  (Doc. 32).  No objections were filed, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety.  Accordingly:

1. The Report and Recommendation (Doc. 32) is **ADOPTED**;

2. Defendants' motion for summary judgment (Doc. 17) is **GRANTED**;

3. Plaintiff's motion to amend the Complaint (Doc. 24) is **DENIED without prejudice** to refiling any new claims in a separate civil action;

4. Plaintiff's remaining motions (Docs. 25, 31) are **DENIED as moot**;

5. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** on the docket of this Court; and

6. Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date: 3/31/2022

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge